UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
JOE D RUSSELL III

CASE NO. 04 B 26082

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor
SSN XXX-XX-8176

--------------------------------------------------------------------------------
TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/14/04 and confirmed on 12/03/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 13056.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE | MORTGAGE ARRE | 9296.25 | .00 | 9296.25 |
| POLK COUNTY TREASURERS O | SECURED | 123.97 | .00 | 123.97 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL LOUIS UNIVERSIT | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 168.70 | .00 | 168.70 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9588.92 | .00 | .00 | .00 | 9588.92 |
| PRINCIPAL PAID | 9588.92 | .00 | .00 | .00 | 9588.92 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 9588.92 | .00 | .00 | .00 | 9588.92 |

The Debtor's attorney, DAVID M SIEGEL                      , was allowed $  2700.00 and was paid $  2700.00 .

The Trustee received $  549.87 .

Refunds to the Debtor totaled $  217.21 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                      /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                          PAGE   2
CASE NO. 04 B 26082 JOE D RUSSELL III
```